▮ EDWINA FORRESTER, Appellant, v RIVERBAY CORPORATION, Respondent. [21 NYS3d 890]—

Order, Supreme Court, Bronx County (Kenneth L. Thompson,

---

Jr., J.), entered August 5, 2014, which granted defendant's motion for summary judgment dismissing the complaint, and denied, as moot, plaintiff's motion for an expedited trial, unanimously affirmed, without costs.

Defendant established its entitlement to summary judgment by submitting evidence showing that the allegedly uneven floor on which the fur from plaintiff's slippers got caught was a trivial defect and not actionable as a matter of law (*see e.g. Hutchinson v Sheridan Hill House Corp.*, 26 NY3d 66 [2015]; *Trincere v County of Suffolk*, 90 NY2d 976, 977 [1997]). In opposition, plaintiff failed to raise a triable issue of fact. She did not identify any measurements of the condition, which was not visible in photographs, or submit other evidence showing that the condition could have been a snare or a trap (*compare Argenio v Metropolitan Transp. Auth.*, 277 AD2d 165, 166 [1st Dept 2000]). Concur—Tom, J.P., Mazzarelli, Richter and Gische, JJ.